## In re Estate of Frederick E. Foster, Deceased. Richard O. Olson, Administrator, Appellee, v. Murray A. H. Turner, Appellant.

### Gen. No. 42,280.

HEBEL, P. J., not participating.

opinion filed November 17, 1943. Joseph W. Cox, for appellant; Downer McCord and Harold E. Christensen, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.